IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **CHERYL COOK,** *Plaintiff,* v. **SECURUS TECH CORPORATION, PRESIDENT AND ALL EMPLOYEES; FNU MITCHELL, MAILROOM SUPERVISOR; HUGHES PRISON, ALL EMPLOYEES; OFFICER FNU PONCE, GANG INTELLIGENCE OFFICER, HUGHES; USPS CORPORATION, ALL EMPLOYEES; USPS POSTMASTER WACO, USPS POSTMASTER, OAK GROVE, KY,** *Defendants.* | § § § § § § § § § § § § § § § § § | **CASE NO. 6:24-CV-00479-ADA-DNM** |

**ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Derek Gilliland (Dkt. 3). The report recommends that this Court **DENY** Plaintiff's Motion to Proceed In Forma Pauperis without prejudice to refile a proper IFP application in the form of AO Form 239 or AO Form 240, within twenty-one days of this ORDER, or to pay the $405.00 filing fee. The report further recommends that Plaintiff's failure to comply with this Order will result in the dismissal of this case without further notice for want of prosecution and for failure to obey an order of the court. The report was filed on October 1, 2024.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Gilliland (Dkt. 3) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Proceed In Forma Pauperis is hereby **DENIED** without prejudice to refile a proper IFP application in the form of AO Form 239 or AO Form 240, within twenty-one days of this ORDER.

**IT IS FURTHER ORDERED** that Plaintiff's failure to comply with this Order will result in the dismissal of this case without further notice for want of prosecution and for failure to obey an order of the court.

**SIGNED** this 12th day of January, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE